Rene **RODRIGUEZ–VALENZUELA,**
Petitioner,

v.

Eric H. **HOLDER, Jr., Attorney**
**General, Respondent.**

No. 07–74672.

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Carlos Alfredo Cruz, Esquire, Law Offices of Carlos A. Cruz, Alhambra, CA, for Petitioner.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**512**

District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Marion E. Guyton, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Rene Rodriguez–Valenzuela, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order affirming an immigration judge's decision denying his application for asylum. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for substantial evidence, *Santos–Lemus v. Mukasey*, 542 F.3d 738, 742 (9th Cir.2008), we deny the petition for review.

Valenzuela testified to four incidents with the Mara Salvatrucha gang in which they demanded money, beat him one time, and threatened him with future harm. Substantial evidence supports the BIA's denial of asylum because Valenzuela failed to establish past persecution or fear of future persecution on account of a protected ground. *See id.* at 746–47 (no evidence that petitioner's opposition to gang's criminal activity was based on political opinion); *see also Parussimova v. Mukasey*, 555 F.3d 734, 740 (9th Cir.2009) (a protected

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ground must be at least one central reason for persecuting the applicant).

**PETITION FOR REVIEW DENIED.**